# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL ALMAZAN, CINDY ALMAZAN-DURGAN, EILEEN MARKS, PILAR ANTHONY ALMAZAN DURGAH, MICHAEL JOSEPH ALMAZAN DURGAN, RALEEN ANN MARKS,<br><br>Plaintiffs,<br><br>v.<br><br>HARRAH'S ENTERTAINMENT, INC., and DOES 1 TO 100, Inclusive,<br><br>Defendants. | CASE NO. 09 CV 1189 JM (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING**<br><br>Doc. No. 12 |

Having considered the parties' joint motion to continue the hearing date for Defendant Harrah's Entertainment's motion to dismiss (Doc. No. 5), and for good cause appearing, the court hereby **CONTINUES** the hearing date, previously set for August 14, 2009, to **Friday, September 11, 2009 at 1:30 p.m.** in Courtroom 16.

DATED: August 5, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge